FILED
CLERK, U.S. DISTRICT COURT

JAN 22 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ENRIQUE CALDERON,<br><br>　　　　Defendant. | CR No. **2:25-CR-00046-MEMF**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2244(b): Abusive Sexual Contact; 49 U.S.C. § 46506(1): Application of Certain Criminal Laws to Acts on Aircraft] |

　　The Grand Jury charges:

　　　　[18 U.S.C. § 2244(b); 49 U.S.C. § 46506(1)]

　　On or about October 22, 2024, while on an aircraft in the special aircraft jurisdiction of the United States, namely, Spirit Airlines Flight 1786, which flight originated in Chicago, Illinois, and landed in Los Angeles, California, in Los Angeles County, within the Central District of California, defendant ENRIQUE CALDERON knowingly engaged in sexual contact with Victim 1, as defined in Title 18, United States Code, Section 2246(3), without Victim 1's permission, by intentionally touching Victim 1's breast and inner thigh, with an intent to abuse, humiliate, harass, and degrade, and

to arouse and gratify the sexual desire of defendant CALDERON and Victim 1.

                                      A TRUE BILL

                                      /S/_____
                                      Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDESY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances D. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DIANE ROLDÁN
Assistant United States Attorney
General Crimes Section